**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# MEMO ENDORSED

OnTrac Logistics, Inc. and Lasership, Inc. d/b/a
OnTrac Final Mile,

Case No. 1:26-mc-49

   Petitioners,

  v.

Speed Xpress, Inc.,

   Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

## PETITIONERS' NOTICE OF MOTION TO FILE EXHIBITS UNDER SEAL

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jeremy D. Sosna,

Esq., dated February 3, 2026, and the accompanying Memorandum of Law in Support, Petitioners

OnTrac Logistics, Inc. and LaserShip, Inc. d/b/a OnTrac Final Mile (collectively, "Petitioners"),

by and through their attorneys, Littler Mendelson, P.C., will move this Court, at a date and time to

be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 5.2 to

seal **Exhibits 2, 16, 17, 18,** and **23**, attached to the Declaration of Jeremy D. Sosna in Support of

Petitioners' Motion to Enforce Subpoenas and Motion for Sanctions.

Granted

2/11/26

Dated:  February 3, 2026

Respectfully submitted,

*/s/ Miguel A. Lopez*
LITTLER MENDELSON, P.C.

Miguel A. Lopez
900 Third Avenue, 8th Fl.
New York, NY 10022
Telephone: 212.583.9600
Facsimile: 212.832-2719
malopez@littler.com

Jeremy D. Sosna
jsosna@littler.com
(*Motion for Pro Hac Vice Admission
Forthcoming*)
Annika Petty Storlie
astorlie@littler.com
(*Motion for Pro Hac Vice Admission
Forthcoming*)
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000

**Attorneys for Petitioners**

2