**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OnTrac Logistics, Inc., et al., | |
| Petitioners, | **1:26-mc-00049 (LAK) (SDA)** |
| -against- | |
| Speed Xpress, Inc., | **ORDER** |
| Respondent. | |

**STEWART D. AARON, United States Magistrate Judge:**

This is a miscellaneous action initiated by Petitioners OnTrac Logistics, Inc. and Lasership, Inc. to enforce two subpoenas served upon Respondent Speed Xpress, Inc. ("Respondent") in *OnTrac Logistics, Inc. and LasersShip, Inc. v. Winnie Lin*, Case No. 5:25-CV-00764 (JD), pending in the United States District Court for the Western District of Oklahoma. (2/3/26 Motion, ECF No. 1.) On February 22, 2026 the Court entered an Order requiring Respondent to file a letter stating whether it consents to transfer the pending motion to the Western District of Oklahoma, pursuant to Federal Rule of Civil Procedure 45(f).[1] (2/22/26 Order, ECF No. 24.) On February 25, 2026, Respondent filed a letter indicating that it consents to transfer.

Accordingly, it is hereby ORDERED that this action be transferred to the Western District of Oklahoma pursuant to Rule 45(f).[2] The Clerk of the Court is respectfully directed to transfer

---

[1] Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f).

[2] Transfer of a motion to compel compliance with a subpoena pursuant to Rule 45(f) is a non-dispositive matter and, as such, the Court has authority to decide whether to transfer the motion to the Eastern District of New York. *See Cadence Pharms., Inc. v. Multisorb Techs., Inc.*, No. 16-MC-00022 (FPG) (HBS), 2016 WL 4267567, at *4 (W.D.N.Y. Aug. 15, 2016) (holding that ruling on whether to transfer subpoena-related motions is non-dispositive).

this case to the Western District of Oklahoma for consideration of the pending motion, terminate

the motion at ECF No. 1, and close this case.

**SO ORDERED.**

Dated:    New York, New York
          February 27, 2026

_____
STEWART D. AARON
United States Magistrate Judge